# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152745

SAULT STE. MARIE TRIBE OF CHIPPEWA
INDIANS,
        Plaintiff-Appellee,

v

                                    SC: 152745
                                    COA: 323136

BLUE CROSS BLUE SHIELD OF
MICHIGAN,
        Defendant-Appellant.
                                    Wayne CC: 12-016946-CB

_____/

      On order of the Court, the application for leave to appeal the October 20, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

      MARKMAN, J., (*dissenting*)

      I would grant leave to appeal to consider whether the Court of Appeals erred by concluding that material issues of fact remained in support of plaintiff's claim of fraudulent inducement and therefore reversing the trial court's grant of summary disposition in favor of defendant. *Hamade v Sunoco, Inc (R&M)*, 271 Mich App 145, 165-172 (2006); *UAW-GM Human Resource Ctr v KSL Recreation Corp*, 228 Mich App 486, 502-507 (1998).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



                                          Clerk

s0615